**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHILIP GRAHAM DUGGER, ) | Case No. SACV 16-1592-GW (JPR) |
| Petitioner, ) | |
| ) | **J U D G M E N T** |
| v. ) | |
| SCOTT KERNAN, Director of ) Corrections, ) | |
| Respondent. ) | |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: December 14, 2016

GEORGE H. WU
U.S. DISTRICT JUDGE